UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

PATRICIA ANDREWS                                CIVIL ACTION

VERSUS                                          NUMBER: 12-2055

CAROLYN W. COLVIN, ACTING                       SECTION: "J"(5)
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION

                    **REPORT AND RECOMMENDATION**

    Presently before the Court is plaintiff's motion for attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. §2412, and the defendant's response thereto. (Rec. docs. 17, 18). For the reasons that follow, it is recommended that plaintiff's motion be granted.

    Plaintiff, through counsel, filed the above-captioned lawsuit seeking judicial review of an adverse decision of the Commissioner of the Social Security Administration denying her application for Supplemental Security Income ("SSI") benefits. (Rec. doc. 1). After plaintiff had filed her cross-motion for summary judgment as was ordered by the Court, the government filed a consent motion to reverse the Commissioner's decision and to remand this matter back

to the Administration for further proceedings under the fourth sentence of 42 U.S.C. §405(g). (Rec. docs. 13, 14). That motion was granted by the Court on February 19, 2013. (Rec. doc. 16). The instant EAJA fee application followed. (Rec. doc. 17).

By way of her present motion, plaintiff seeks attorney's fees for 37.9 hours of time that was expended in this case at a rate of $183.67 per hour for a total award of $6,942.73.[1]/ (Rec. docs. 17, p. 1; 17-1, p. 3; 17-2). In her response to plaintiff's motion, the Commissioner does not challenge the number of hours expended by counsel or the hourly rate sought. (Rec. doc. 18). Rather, the Commissioner weighs in simply to point out that attorney's fees awarded under EAJA are payable to the litigant as opposed to her counsel. (Id.). The Commissioner is correct in that respect. Astrue v. Ratliff, ___ U.S. ___, ___, 130 S.Ct. 2521, 2525-29 (2010); Murkledove v. Astrue, 635 F.3d 784, 788-89 n.2 (5th Cir. 2011). Accordingly, it will be recommended that plaintiff's motion be granted and that she be awarded EAJA fees in the amount of $6,961.09.

## RECOMMENDATION

For the foregoing reasons, it is recommended that plaintiff be awarded EAJA fees in the amount of $6,961.09.

---

[1]/ According to the Court's calculations, 37.9 hours of time at a rate of $183.67 per hour yields a figure of $6,961.09.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation contained in a magistrate judge's report and recommendation within fourteen days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object. Douglass v. United Services Auto. Assoc., 79 F.3d 1415 (5th Cir. 1996)(en banc).

New Orleans, Louisiana, this  25th  day of     April     , 2013.

                                ALMA L. CHASEZ
                      UNITED STATES MAGISTRATE JUDGE