UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PATRICIA ANDREWS                  CIVIL ACTION

VERSUS                              NUMBER: 12-2055

CAROLYN W. COLVIN, ACTING         SECTION: "J"(5)
COMMISSIONER OF SOCIAL SECURITY
ADMINISTRATION

### O R D E R

The Court, having considered the motion, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of the parties to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as the Court's opinion herein. Accordingly,

**IT IS ORDERED** that plaintiff's motion for attorney's fees is **GRANTED** and that she is awarded EAJA fees in the amount of $6,961.09.

New Orleans, Louisiana, this 23rd day of May, 2013.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE